**CV 22-1832**

DeARCY HALL, J.

BLOOM, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*Aleah Mohammed*

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

RECEIVED
APR 01 2022
PRO SE OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES_____    NO _____

-against-

*WARDEN HERBERITO TELLEZ;*
*WARDEN FILIPE MARTINEZ;*
*DEPARTMENT OF JUSTICE-*
*FEDERAL BUREAU OF PRISONS.*

_____

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.     **Parties:**  (In item A below, place your name in the first blank and provide your present address and telephone number.  Do the same for additional plaintiffs, if any.)

A.   **Name of plaintiff** _*ALEAH   MOHAMMED*_____

If you are incarcerated, provide the name of the facility and address:

_____

_____

_____

Prisoner ID Number: _*90970-053*_____

1

If you are not incarcerated, provide your current address:

130-19  116th AVENUE

SOUTH OZONE PARK, NY, 11420.

Telephone Number: 718-219-3619

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

HERBERITO TELLEZ
Full Name

WARDEN OF METROPOLITAN
Job Title

DETENTION CENTER
8029 th St, BROOKLYN, NY, 11232
Address

Defendant No. 2

FILIPE MARTINEZ
Full Name

WARDEN OF M.D.C.
Job Title

80 29th Street
BROOKLYN, NY, 11232
Address

Defendant No. 3

U.S. DEPARTMENT OF JUSTICE
Full Name

FEDERAL BUREAU OF PRISONS.
Job Title

2

_WASHINGTON, D.C._

Address

**Defendant No. 4**

_____

Full Name

_____

Job Title

_____

_____

Address

**Defendant No. 5**

_____

Full Name

_____

Job Title

_____

_____

Address

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need <u>not</u> give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _METROPOLITAN DETENTION CENTER_

When did the events happen? (include approximate time and date) _____

_09/23/2020 @ 9:30 pm._

3

Facts: (what happened?) On 9/23/20 @ APPROMIAMATLEY 9:30pm I WAS TAKEN TO M.D.C. CUSTODY. UPON INTAKE INTO THE FACILITY I WAS ASKED TO REMOVE MY HIJAB WITH SEVERAL MALE OFFICERS AROUND I DENIED; ONE OF THE MALE OFFICERS PUT ME IN A HOLDING CELL THAT WAS A SHOWER IN R&D AREA AND HE CALLED A LIEUTENANT. WHEN HE CAME HE EXPLAINED THE POLICY TO ME AND STATED IF I REFUSED TO TAKE MY HIJAB OFF TO TAKE THE PICTURE; THEY WILL KEEP ME IN THE HOLDING CELL TILL I DECIDE TOO REMOVE IT. I EXPLAINED TO HIM IT WAS MY RELIGIOUS BELIEF TO COVER MY HAIR AND THEREFORE I AM NOT GOING AGAINST MY RELIGIOUS BELIEF FOR NO ONE. I ASKED HIM WHO WAS GOING TO SEE MY PICTURE, HE STATED ALL OF THE STAFF AT BOP, SO I TOLD HIM NO. "SEE ATTACHMENT" PG 1 + 2.

**II.A.   Injuries.**     If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

MENTAL ANGUISH, PAIN AND SUFFERING, HUMILIATION AND DISCRIMATION; EMOTIONAL DISTRESS.

4

BACK IN THE ROOM AND ONE OF THEM WENT STRAIGHT TO THE COMPUTER BECAUSE HE WAS THE ONE OPERATING THE PHOTO MACHINE. HE SAW MY PICTURE. AT THAT MOMENT I HATED THE PEOPLE THAT LIED TO ME AND I FELT HUMILIATED. I WAS VIOLATED. SEE CASE LAW IN LEXIS NEXIS: (AIDA SHYEF AL-KADI; v. RAMSEY COUNTY;)

AFTER THAT I WAS TAKEN TO THE EAST SHU FOR 22 DAYS, AFTER THAT I CAME OUT THE SHU, I WAS GIVEN MY ID AND I WAS TAKEN TO THE 3 NORTH WOMEN'S UNIT. WHEN I LOOKED AT MY ID, IT SHOWED ME WITH NO SCARF ON MY HEAD. I ASKED THE CASE MANAGER, SPIVEY TO CHANGE MY PICTURE ON MY ID, SHE STATED I CANNOT DO THAT. BUREAU OF PRISONS POLICY REQUESTS ALL INMATES ARE PHOTOGRAPHED WITHOUT ANY RELIGIOUS COVERINGS. THIS WAS DEGRADING, HUMILIATING AND A VIOLATION TO MY RELIGIOUS BELIEF. THIS IS A CLEAR VIOLATION OF MY 8th AMENDMENT RIGHT. I AM SUBMITTING MY CLAIM TO THE COURT, RESPECTFULLY.

I REFUSED AND STAYED IN THE CELL. A FEW HOURS AFTER A FEMALE OFFICER CAME AND TOOK ME OUT THE CELL TO A STRIP SEARCH AREA. SHE TOOK MY CLOTHING AND GAVE ME JAIL CLOTHING. MY HEAD SCARF, SHE SAID I COULD NOT KEEP IT EVEN THOUGH I WAS TOLD BY ANOTHER OFFICER I COULD HAVE EITHER A PLAIN BLACK SCARF OR A PLAIN WHITE SCARF, WHICH MY SCARF WAS A PLAIN BLACK. SHE TOOK MY SCARF AND GAVE ME A TOWEL TO COVER MY HEAD. SHE THEN GAVE ME A FORM TO FILL OUT TO MAIL MY ABAYA (DRESS) AND MY HIJAB TO MY HOUSE. THIS WAS DEGRADING TO WEAR A TOWEL AND HAVE MY NECK EXPOSED. THEN SHE TOOK ME TO TAKE THE PICTURE, I TOLD HER NO I AM NOT TAKING ANY PICTURE. SHE INSISTED AND MADE ME ALL THE MALE OFFICERS LEAVE SO SHE TOOK THE TOWEL FROM ME AND TOOK MY PICTURE. I ASK HER AGAIN WHO HAD ACCESS IN VIEWING MY PHOTO, SHE STATED THAT THE PHOTO IS NEVER GOING TO BE RELEASED OR SHOWN TO MEN. SHE SAID IT WAS FOR MY ID CARD. THE MALE OFFICERS CAME

III.    **Relief:** State what relief you are seeking if you prevail on your complaint.

COMPENSATORY DAMAGES; PUNITIVE DAMAGES; DISCRIMATORY DAMAGES. I AM SEEKING $1,000,000 IN DAMAGES AS COMPENSATION FOR MY PAIN AND SUFFERING, MENTAL ANGUISH, DISCRIMINATION, VIOLATION OF MY LEGAL RIGHTS.

I declare under penalty of perjury that on 03/24/22 , I delivered this
(date)
complaint to prison authorities at _METROPOLITAN DET. CENTER._ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/24/22

Signature of Plaintiff

MDC
Name of Prison Facility or Address if not incarcerated
P.O. BOX 329002
BROOKLYN, NY, 11232

Address

90970-053
Prisoner ID#