

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 18, 2025

By ECF
The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Mohammed v. Tellez, et al.*, 22-CV-1832 (LDH) (CHK)

Dear Magistrate Judge Kaminsky:

This Office represents Defendants in the above-captioned case brought pursuant to the Religious Freedom Restoration Act of 1993, 42 U.S.C. § 2000bb-1 ("RFRA"). In view of the recent lapse in appropriations for certain federal government functions, and the November 12, 2025 restoration of funding, this letter respectfully proposes scheduling deadlines in this case consistent with Administrative Order No. 2025-15.

The Administrative Order presumptively stayed all civil cases (other than civil forfeiture cases, immigration cases, habeas petitions, or cases requesting temporary restraining orders or other emergency relief) in which this Office or the Department of Justice represents the United States until two businesses days after the restoration of funding. It further extended all deadlines "for a period of time equal to the number of calendar days between October 1, 2025 and two business days after" the restoration of funding. *See* Administrative Order, sections 1 and 2. The lapse in appropriations, which ended with legislation signed by the President on November 12, 2025, lasted 43 days. Thus, in accordance with the Administrative Order, it is submitted that all deadlines in this case have been extended thus far for a total of 45 days.

The parties have conferred via email and now respectfully propose the following updated schedule for briefing on Defendants' motion to dismiss, which accounts for upcoming holidays: (i) Defendants to serve motion to dismiss papers by December 5, 2025; (ii) Plaintiff to serve response by January 16, 2026; (iii) Defendants to serve reply and file fully bundled motion by January 30, 2026.

Thank you for the Court's time and attention to this matter.

                              Respectfully submitted,

                              JOSEPH NOCELLA, JR.
                              United States Attorney

By:    */s/ Kimberly A. Francis*
        Kimberly A. Francis
        Assistant U.S. Attorney
        (718) 254-6147
        kimberly.francis@usdoj.gov

cc:    All Counsel of Record (by ECF)