U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 5, 2025

**By E-mail (on consent)**

Lena F. Masri
Brendan Carroll
Gadeir Ibrahim Abbas
Council on American-Islamic Relations
ldf@cair.com
bcarroll@cair.com
gabbas@cair.com

Re: <u>Mohammed v. Tellez, et al.</u> No. 22-cv-1832 (LDH) (CHK)

Dear Counsel:

This Office represents Defendants in the above-referenced action. Please find enclosed copies of the following papers comprising Defendants' Motion to Dismiss:

1. Defendants' Notice of Motion; and
2. Defendants' Memorandum of Law in Support of Their Motion to Dismiss.

Pursuant to the applicable briefing schedule, Plaintiff's opposition shall be served upon Defendants on or before January 16, 2026.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: <u>/s/ Kimberly A. Francis</u>
Kimberly A. Francis
Assistant U.S. Attorney
(718) 254-6147
kimberly.francis@usdoj.gov

cc: The Honorable LaShann DeArcy Hall (via ECF)
United States District Judge

The Honorable Clay H. Kaminsky (via ECF)
United States Magistrate Judge